IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KITTIE K. NICLEY                                                                                              PLAINTIFF

v.                                    NO. 3:15-cv-00144 PSH

CAROLYN W. COLVIN, Acting Commissioner                                               DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 21st day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE